## Commonwealth *v.* Lewis, Appellant.

Submitted March 26, 1974. *W. Hamlin Neely,* for appellant; *Howard R. Miller* and *Joseph V. Huber,* Assistant District Attorneys, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.